# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PANAMA CITY DIVISION

**BRYAN KERR DICKSON,**

    *Plaintiff,*

v.                                    **CASE NO. 5:16-cv-00215-MP-CJK**

**UNITED STATES OF AMERICA, ET AL.,**

    *Defendants.*

_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated August 8, 2016. ECF No. 4. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff has filed objections at ECF Nos. 5, 6. I have made a *de novo* review based on those objections.

Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted. Furthermore, I have determined that Plaintiff's motion to reopen case and appoint counsel, ECF No. 7, is without merit and is denied.

Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, ECF No. 4, is adopted and incorporated by reference in this order.

2. Plaintiff's motion to proceed *in forma pauperis*, ECF No. 2, is **DENIED.**

3. Plaintiff's Motion to Reopen Case and Appointment of Counsel, ECF No. 7, is **DENIED**.

4. This case is **DISMISSED WITHOUT PREJUDICE** under 28 U.S.C. § 1915(g).

5. The clerk is directed to close the file.

**SO ORDERED on October 14, 2016.**

                                                <u>s/Mark E. Walker</u>
                                                **United States District Judge**