# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**BRYAN KERR DICKSON,**

    **Plaintiff,**

v.                               **CASE NO.  5:16cv215/MCR/CJK**

**UNITED STATES OF AMERICA,**
**et al.,**

    **Defendants.**

_____/

## O R D E R

This cause comes on for consideration of the Magistrate Judge's Report and Recommendation dated November 6, 2017.  ECF No. 20.  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  After reviewing any timely objections to the Recommendation, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is ORDERED:

1.  The Magistrate Judge's Report and Recommendation, ECF No. 20, is adopted and incorporated by reference in this Order.

2.  Plaintiff's motion to reopen this case, ECF No. 18, is DENIED.

**DONE AND ORDERED** this 6th day of December, 2017.


*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**